In the Matter of the Claim of JOHN J. CONNORS, Respondent, against AUBURN MERCANTILE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

ROBERT MITCHELL, an Infant, by JAMES MITCHELL, His Guardian ad Litem, Respondent, v. CITY OF ALBANY, Appellant. JOHN H. CRAMMOND and Another, Defendants.— Motion denied, with ten dollars costs. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of ELIZABETH BLASS, Respondent, against LONG ISLAND MOTOR PARKWAY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

BERTHA BOHRER, as Administratrix, etc., of ROBERT BOHRER, Deceased, Appellant, v. ELSIE MOENCH, Respondent.— Motion denied, on the ground that under the circumstances the error in the charge did not constitute harmful error. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

THE MERCHANTS NATIONAL BANK OF PLATTSBURGH, N. Y., Respondent, v. HOME DEPOSIT COMPANY OF AMERICA, INCORPORATED, and MAURICE SCHIFF, INC., Defendants. ISAAC B. TREISTER, Appellant.— Motion denied, with ten dollars costs. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

JOHN P. DENNIN, Appellant, v. WM. McEWAN COAL COMPANY, Respondent, and Another.— Motion denied, with ten dollars costs. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

CHARLES H. BEST, as Administrator, etc., of HENRY N. BEST, Deceased, Respondent, v. NORTH AMERICAN ACCIDENT INSURANCE COMPANY, Appellant.— Motion denied. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

THE KELLAM & SHAFFER COMPANY, Respondent, v. AMERICAN SURETY COMPANY OF NEW YORK, Appellant, Impleaded with Others.— Judgment unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.